NUMBER 13-03-088-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI


____________________________________________________________________


FRANCES J. GAREY, INDIVIDUALLY AND F. J. INTERESTS, LTD. , Appellants,



v.




I.G.M. ENTERPRISES, INC. , Appellee.

____________________________________________________________________


On appeal from the 28th District Court

of Nueces County, Texas.

____________________________________________________________________



MEMORANDUM OPINION

Before Justices Hinojosa, Yanez, and Garza

Opinion Per Curiam



 Appellants, FRANCES J. GAREY, INDIVIDUALLY AND F. J. INTERESTS, LTD. , perfected an appeal from a
judgment entered by the 28th District Court of Nueces County, Texas, in cause number 03-516-A . After the notice of
appeal was filed, the parties filed a joint motion to dismiss the appeal. In the motion, the parties state that this case has
been settled. The parties request that this Court dismiss the appeal.

 The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the
motion should be granted. The joint motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 6th day of March, 2003 .